UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 11-20353

Honorable John Corbett O'Meara

v.

SHENNELLY TAMEKA FINN, and
LASHAWNA CHRISTINA MORGAN,

        Defendants.

                                          /

## ORDER GRANTING MOTION TO SET ORDER OF TRIALS

      This matter came before the court on the government's May 25, 2012 Motion to Set Order of Trials. Defendant Lashawna Morgan filed a response May 30, 2012; and defendant Shennelly Finn filed a concurrence with Morgan's response June 5, 2012. No oral argument was heard.

      Following the court's May 7, 2012 order granting motions to sever the two defendants for trial, the government filed this motion to proceed with defendant Morgan first. The government states that it believes it has a strong case against defendant Morgan and that if she is convicted, her testimony against defendant Finn could be compelled. This, the government argues, would obviate the need of a <u>Kastigar</u> hearing. There appears to be no prejudice to either defendant if Morgan is tried first; and, in addition, that order may be in the best interest of judicial economy. Therefore, it is hereby **ORDERED** that the government's motion is **GRANTED**.

                                         s/John Corbett O'Meara
                                         United States District Judge

Date: June 11, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 12, 2012, using the ECF system.

s/William Barkholz
Case Manager
